STEVEN T. LOVETT (OSB #910701)                                    **JS-6**
stlovett@stoel.com (*Pro Hac Vice)*
NATHAN C. BRUNETTE (OSB #090913)
ncbrunette@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR  97204
Telephone:  (503) 224-3380
Facsimile:  (503) 220-2480

ROBERT OLIVER (SB #180318)
roliver@oliverlawgroup.com
OLIVER LAW GROUP
8333 Foothill Boulevard, Suite 129
Rancho Cucamonga, CA  91730
Telephone:  (909) 579-8210
Facsimile:  (909) 579-8274

Attorneys for Plaintiff
Leonetti Cellar, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONETTI CELLAR, LLC, | Case No.  CV 09-5996-VBF(SSx) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| LEONESSE CELLARS, LLC, | |
| Defendant. | |

Pursuant to the Stipulated of Dismissal filed by the parties, it is hereby ordered that all claims in this action are hereby DISMISSED WITH PREJUDICE and without an award of costs or fees to either party.

IT IS SO ORDERED this <u>1st</u> day of April, 2010.

*Valerie Baker Fairbank*
_____
Valerie Baker Fairbank
United States District Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

ORDER OF DISMISSAL                    -1-

70014557.1 0073106-00004